STATE OF NEW JERSEY v. GEORGE JEROME.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSE CRAWFORD.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM R. GREEN.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL BURRICELLI.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS MENESES.

January 12, 1988.

Petition for certification denied.   (See 219 *N.J.Super.* 483)